UNITED STATES DISTRICT COURT COURT
DISTRICT OF MINNESOTA

Simitar Entertainment, Inc.,

Plaintiff,

v.

Pace Motor Sports,

Defendant.

Civ. No. 00-2558 (DSD/JMM)

## STIPULATION OF DISMISSAL WITH PREJUDICE

This matter having been settled, it is hereby stipulated and agreed that the Complaint and the Counterclaim in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of litigation.

Dated: ~~January~~ Feb. 6, 2001

RAVICH MEYER KIRKMAN
McGRATH & NAUMAN,
A PROFESSIONAL ASSOCIATION

By [signature]
Michael L. Meyer (72527)
Michael F. McGrath (168610)
4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-8511

ATTORNEYS FOR PLAINTIFF

FEB 21 2001

Doc #1353211

Dated: ~~January~~ February 6, 2001

LINDQUIST & VENNUM P.L.L.P.

By William E. Flynn
William E. Flynn (30600)
4200 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3926

ATTORNEYS FOR DEFENDANT

**ORDER**

Based on the foregoing Stipulation, it is

ORDERED:

That this proceeding is hereby dismissed with prejudice and without costs to either party.

Dated: 2/20/01

David S. Doty
Judge of U.S. District Court